```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 19950
   MARGARITA BROWN
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-2059


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/26/2007 and was confirmed 01/02/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors     .00%.

     The case was dismissed after confirmation 04/24/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
INDYMAC BANK              CURRENT MORTG        .00            .00            .00
INDYMAC BANK              MORTGAGE ARRE   24455.33            .00            .00
INDY MAC BANK             NOTICE ONLY    NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        1156.93            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         786.41            .00            .00
AT&T WIRELESS             UNSECURED         914.06            .00            .00
BIZAR & DOYLE LLC         DEBTOR ATTY     2,000.00                       2,000.00
TOM VAUGHN                TRUSTEE                                          154.58
DEBTOR REFUND             REFUND                                            69.42

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS                DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                2,224.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                  2,000.00
TRUSTEE COMPENSATION                              154.58
DEBTOR REFUND                                      69.42
                       --------------          --------------
TOTALS                 2,224.00                 2,224.00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 19950 MARGARITA BROWN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 19950 MARGARITA BROWN